IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAUDIA LANIER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 2:09-cv-4566-WY |
| v. | : | |
| | : | |
| WACHOVIA BANK, | : | |
| Defendant. | : | |

**Order**

**AND NOW** on this 24th day of March, 2010, upon consideration of the motion to dismiss (Docket No. 4) of defendant, Wachovia Bank, plaintiff's opposition thereto, Wachovia's reply, and plaintiff's response thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

s/William H. Yohn Jr., Judge
William H. Yohn Jr., Judge